AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Idaho ☑

JASON HENRY ALLEN )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. CV 25-0404-NBLW
FORD MOTOR CREDIT COMPANY LLC )
)
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FORD MOTOR CREDIT COMPANY LLC One American Road, Dearborn, Michigan 48126

The Corporation Trust Company Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: JASON HENRY ALLEN In Propria Persona 2600 East Seltice Way #235 Post Falls ID 83854

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____07/23/2025_____  _____
*Signature of Clerk or Deputy Clerk*