# UNITED STATES DISTRICT COURT
for the
District of Idaho

U.S. COURTS

JUL 29 2025

Counter
.....KDM Filed_____ Time 12:40 pm
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

JASON HENRY ALLEN

)
)
)
)
)
*Plaintiff(s)*
v.
TRANS UNION LLC
)
)
)
)
)
)
)
*Defendant(s)*

Civil Action No. CV 25-0404-BLW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TRANS UNION LLC 555 W Adams St, Chicago, Illinois 60661

The Prentice-Hall Corporation System, Inc. 251 Little Falls Drive, Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JASON HENRY ALLEN In Propria Persona 2600 East Seltice Way #235 Post Falls ID 83854

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____07/23/2025_____

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:25-cv-00404-BLW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/24/2025      _____
                          *Server's signature*

                      _____
                          *Printed name and title*

                      _____
                          *Server's address*

Additional information regarding attempted service, etc:
See Attached Affidavit or Declaration From Process Server

Civil Action No.   CV 25-0404-NBLW

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   TRANS UNION LLC
was recieved by me on  7/24/2025:

☐   I personally served the summons on the individual at *(place)* on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Shannon Miller**, who is designated by law to accept service of process on behalf of **TRANS UNION LLC** at **251 Little Falls Dr, Wilmington, DE 19808** on **07/28/2025 at 8:10 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and $ 145.00 for services, for a total of $ 145.00.

I declare under penalty of perjury that this information is true.

Date:  07/28/2025

*Server's signature*

**Jerrold Allen**
*Printed name and title*

**2506 Palmyra Ct
Churchville, MD 21208**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN CIVIL ACTION; COMPLAINT FOR VERIFIED VIOLATIONS OF THE FAIR CREDIT REPORTING ACT AND TRIAL BY JURY DEMAND,  to Shannon Miller who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 25-35 years of age, 5'6"-5'8" tall and weighing 160-180 lbs.**




Tracking #: 0179562769