UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JASON HENRY ALLEN,<br><br>        Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC, et al.,<br><br>        Defendants. | Case No. 2:25-cv-00404-BLW<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT LISETTE M. CARRERAS ONLY |

Pursuant to the Notice of Voluntary Dismissal (Dkt. 9) filed by Plaintiff, all claims against Defendant Lisette M. Carreras are automatically dismissed with prejudice, and Defendant Carreras is terminated from this action. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997) (dismissal under Rule 41(a)(1)(A) is automatic, without court order). *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997) (dismissal under Rule 41(a)(1)(A) is automatic, without court order).

DATED: August 1, 2025

B. Lynn Winmill
U.S. District Court Judge

ORDER - 1