5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

Jason Henry Allen )
) Case No. 2:25-cv-00404-BLW
)
v. )
Experian Information Solutions, Inc., et al. ) APPLICATION FOR ADMISSION
) PRO HAC VICE
)
)
) Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Nermy J. Winner, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Defendant Trans Union LLC.

The applicant hereby attests as follows:

1. Applicant resides in Indianapolis, Indiana, and practices at the following address and phone number Quilling, Selander, Lownds, Winslett & Moser, P.C. 10333 N. Meridian St., Suite 200 Indianapolis, IN 46290 (317) 497-5600, Ext. 605

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| Supreme Court of Indiana (IN# 38591-49) | 04/29/2024 |
| USDC, Southern District of Indiana | 07/24/2025 |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Jean Schroeder, Esq., a member in good standing of the bar of this court, of the firm of Hawley Troxell Ennis & Hawley LLP, practices at the following office address and phone number: 877 W. Main St., 2nd Floor, Boise, ID 83701-1617 (208) 344-6000

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 15th day of August, 2025.

*Nermy J. Winner*
Applicant

*Jean Schroeder*
Designee

Signed under penalty of perjury.