Brad P. Miller, ISB No. 3630
Jean Schroeder, ISB No. 12205
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 W. Main Street, Suite 200
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5240
Email: bmiller@hawleytroxell.com

Nermy J. Winner (*pro hac vice pending*)
QUILLING, SELANDER, LOWNDS, WINSLETT
& MOSER, P.C.
10333 N. Meridian St., Suite 200
Indianapolis, IN 46290
Telephone: 317.497.5600

Attorneys for Defendants Trans Union LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO (NORTHERN)

| | |
|---|---|
| JASDON HENRY ALLEN,<br><br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; TRANS UNION LLC; FORD MOTOR CREDIT COMPANY LLC; M2 LAW GROUP P.C.; HOWEL & VAIL LLP; MICHAEL J. ARCHIBALD; and LISSETTE M. CARRERAS;,<br><br>    Defendants. | Case No. 2:25-cv-00404-BLW<br><br>DEFENDANT TRANS UNION LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT |

Defendant Trans Union LLC, by counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states as follows:

Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity on the New York Stock Exchange under the ticker symbol: TRU. Massachusetts Financial Services Company, a publicly traded entity, owns 10% or more of TransUnion's stock. No public company directly owns 10% or more of the ownership in Trans Union LLC.

DATED THIS 15th day of August, 2025.

HAWLEY TROXELL ENNIS & HAWLEY LLP

By */s/ Jean Schroeder*
Jean Schroeder, ISB No. 12205
Attorneys for Defendants Trans Union LLC

DEFENDANT TRANS UNION LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT - 2

63680.0006.4927-2321-5711.1