CARPENTER LAW FIRM PLC
Charles H. Carpenter (Idaho Bar No. 8322)
carpentc@carpenterlawfirmplc.com
210 North Higgins Ave  Suite 336
Missoula, Montana 59802
Telephone:  (406) 543-0511

*Counsel for Defendant*
*Equifax Information Services LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| JASON HENRY ALLEN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC; FORD MOTOR CREDIT COMPANY LLC, M2 LAW GROUP P.C.; HOWELL & VAIL LLP; MICHAEL J. ARCHIBALD; AND LISSETTE M. CARRERAS,<br><br>　　　　　Defendants. | Case No. 2:25-cv-00404-BLW<br><br>**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S CORPORATE DISCLOSURE** |

In accordance with Federal Rule of Civil Procedure 7.1, Defendant Equifax Information Services, LLC submit the following Corporate Disclosure Statement:

Equifax Information Services, LLC is a wholly owned subsidiary of Equifax Inc.  Equifax Inc. is a publicly traded company on the New York Stock Exchange.  Equifax Inc. is the sole parent of Equifax Information Services LLC.  No other entity owns 10% or more of Equifax Information Services LLC's stock.

DATED: August 15, 2025                    Respectfully submitted,

                                          CARPENTER LAW FIRM PLC


                                          By: */s/ Charles H. Carpenter*
                                              Charles H. Carpenter
                                              *Counsel for Defendant*
                                              *Equifax Information Services LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2025, I presented the foregoing DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S CORPORATE DISCLOSURE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.  A copy has also been sent via U.S. Mail to the following:

>Jason Henry Allen, *plaintiff pro se*
>2600 East Seltice Way #235
>Post Falls, Idaho  83854

>*/s/ Charles H. Carpenter*
>Charles H. Carpenter
>*Counsel for Defendant*
>*Equifax Information Services LLC*