Michael J. Archibald, ISB #8476
M2 Law Group PC
1855 N. Lakes Place
P.O. Box 330
Meridian, Idaho 83680
Telephone: (208) 336-3331
marchibald@m2law.net

Attorney for M2 Law Group PC, Howell and Vail, LLP, Michael J. Archibald

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JASON HENRY ALLEN<br>  Plaintiff<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC; TRANS UNION LLC; FORD MOTOR CREDIT COMPANY LLC; M2 LAW GROUP PC; HOWELL AND VAIL LLP; MICHAEL J. ARCHIBALD; AND LISSETTE M. CAARRERAS,<br><br>  Defendants | Case No. CV25-0404-NBLW<br><br>NOTICE OF LIMITED APPEARANCE |

**NOTICE OF LIMITED APPEARANCE AND REQUEST FOR NOTICE**

NOTICE IS HEREBY GIVEN that MICHAEL ARCHIBALD of M2 LAW GROUP PC, hereby enters his limited appearance on behalf of M2 Law Group PC, Howell and Vail, LLP, and Michael J. Archibald to contest service of process and other matters under Federal Rule of Procedure 12. Request is also made that notice of all hearings, pleadings and other papers in this matter be given to the undersigned counsel by

ECF service or mailing such to MICHAEL ARCHIBALD at M2 LAW GROUP PC, P.O. Box 330, Meridian, Idaho 83646.

DATED: August 15, 2025

M2 LAW GROUP PC

By /s/Michael J. Archibald
Michael J. Archibald

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 15, 2025 filed the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** electronically through the CM/ECF system, which caused the following parties or counsel to be served via USPS;

JASON HENRY ALLEN
2600 East Seltice Way #235
Post Falls, ID 83854

/s/Michael Archibald

Michael Archibald