264



# AMENDMENT OR CANCELLATION TO STATEMENT OF QUALIFICATION OF LIMITED LIABILITY PARTNERSHIP

Title 30, Chapters 21 and 23, Idaho Code
Filing fee: $30 typed, $50 not typed
**Complete and submit the application in <u>duplicate</u>.**

**FILED EFFECTIVE**

2017 SEP 29 AM 8: 56

SECRETARY OF STATE
STATE OF IDAHO

1. The name of the limited liability partnership:

   Howell & Vail, LLP

2. The date the statement was filed with the Idaho Secretary of State is: 10/27/1998

3. The name of the limited liability partnership is amended to:

   _____

4. The complete street and mailing addresses of the limited liability partnership's principal office are amended to:

   _____
   (Street Address)

   _____
   (Mailing Address, if different)

5. The partners are amended as follows:

   Add: ☐  Delete: ☐  _____ _____
                        (Name)                 (Address)

   Add: ☐  Delete: ☐  _____ _____
                        (Name)                 (Address)

   Add: ☐  Delete: ☐  _____ _____
                        (Name)                 (Address)

6. ☒  The statement of qualification is hereby cancelled.

7. Signatures of a partner:

   Printed Name: Michael B. Howell

   Signature: _[signature]_

   Printed Name: _____

   Signature: _____

   Rev. 08/2015

---

Secretary of State use only

IDAHO SECRETARY OF STATE
09/29/2017  05:00
CK:220 CT:343773 BH:1605156
1 @ 30.00 = 30.00 LLP AMEND #2

J437