

**STATE OF IDAHO**
*Office of the secretary of state, Phil McGrane*
ANNUAL REPORT
Idaho Secretary of State
PO Box 83720
Boise, ID 83720-0080
(208) 334-2301
Filing Fee: $0.00

For Office Use Only

**-FILED-**

File #: 0006184526

Date Filed: 4/3/2025 9:15:57 AM

B1002-0756 04/03/2025 9:16 AM Received by Office of the Idaho Secretary of State

| Entity Name and Mailing Address: | |
|---|---|
| Entity Name: | M2 LAW GROUP PC |
| The file number of this entity on the records of the Idaho Secretary of State is: | 0000631396 |
| Address | PO BOX 330<br>MERIDIAN, ID 83680-0330 |
| **Entity Details:** | |
| Entity Status | Active-Good Standing |
| This entity is organized under the laws of: | IDAHO |
| If applicable, the old file number of this entity on the records of the Idaho Secretary of State was: | C213811 |
| The registered agent on record is: | |
| Registered Agent | Michael Archibald<br>Registered Agent<br>Physical Address<br>1855 NORTH LAKES PLACE<br>MERIDIAN, ID 83680<br>Mailing Address<br>PO BOX 330<br>Michael Archibald<br>MERIDIAN, ID 83680-0330 |

Corporate Officers and Directors:

| Name | Title | Business Address |
|---|---|---|
| Michael Archibald | President | MICHAEL ARCHIBALD<br>1855 NORTH LAKES PLACE<br>MERIDIAN, ID 83860 |

The annual report must be signed by an authorized signer of the entity.
Job Title: President

*Michael Archibald*                                                                 04/03/2025
Sign Here                                                                           Date