Charles H. Carpenter
(Idaho Bar No. 8322)
CARPENTER LAW FIRM PLC
210 North Higgins Avenue, Suite 336
Missoula, Montana 59802
(406) 543-0511
Telephone:  (406) 543-0511
Email:  carpentc@carpenterlawfirmplc.com

*Counsel for Defendant*
*Equifax Information Services LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| JASON HENRY ALLEN,<br><br>          Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC; FORD MOTOR CREDIT COMPANY LLC, M2 LAW GROUP P.C.; HOWELL & VAIL LLP; MICHAEL J. ARCHIBALD; AND LISSETTE M. CARRERAS,<br><br>          Defendants. | Case No. 2:25-cv-00404-BLW<br><br>**DEFENDANTS EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION LLC'S JOINT MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

Defendants Equifax Information Services LLC ("Equifax"), Experian Information Solutions, Inc. ("Experian"), and Trans Union LLC ("Trans Union") (collectively, the "CRA Defendants"), by their attorneys, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, move to dismiss Plaintiff's Complaint. The CRA Defendants rely upon the contemporaneously filed Brief in Support, the pleadings and papers on file herein, and such further argument and evidence as may be presented at any hearing of the motion.

319647401v.1

DATED:  August 15, 2025           Respectfully submitted,

CARPENTER LAW FIRM PLC

By:  */s/ Charles H. Carpenter*
     Charles H. Carpenter
     *Counsel for Defendant*
     *Equifax Information Services LLC*

     */s/ Elizabeth Corey*
     Elizabeth Corey
     Texas Bar No.: 24094600
     elizabeth.corey@troutman.com
     TROUTMAN PEPPER LOCKE LLP
     600 Travis Street; Suite 2800
     Houston, TX 77002
     Telephone: (713)226-1213

     *Counsel for Defendant*
     *Experian Information Solutions, Inc.*

     */s/Brad P. Miller*
     Brad P. Miller, Esq.
     Hawley Troxell
     877 Main Street, 2nd Floor
     Boise, ID 83702
     Telephone:  208-344-6000
     Fax:  208-954-5206
     E-Mail: bmiller@hawleytroxell.com

     *Counsel for Defendant Trans Union LLC*

2

319647401v.1

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2025, I presented the foregoing DEFENDANTS EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION LLC'S JOINT MOTION TO DISMISS PLAINTIFF'S COMPLAINT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.


*/s/ Charles H. Carpenter*
Charles H. Carpenter
*Counsel for Defendant*
*Equifax Information Services LLC*

319647401v.1