# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JASON HENRY ALLEN | Case No.: 2:25-CV-00404-BLW |
| Plaintiff, In Propria Persona | |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; | NOTICE OF FILING FIRST AMENDED COMPLAINT |
| EQUIFAX INFORMATION SERVICES LLC; | **U.S. COURTS** |
| TRANS UNION LLC; | AUG 28 2025 |
| FORD MOTOR CREDIT COMPANY LLC; | Counter<br>Revd.____Filed_____Time 2:49 pm<br>STEPHEN W. KENYON<br>CLERK, DISTRICT OF IDAHO |
| M2 LAW GROUP P.C.; | |
| HOWELL & VAIL LLP; | |
| MICHAEL J. ARCHIBALD; | |
| Defendants | |

## NOTICE OF FILING FIRST AMENDED COMPLAINT

Plaintiff Jason Henry Allen, appearing in propria persona, hereby provides notice to the Court

and all parties of record that on **August 27, 2025**, he filed his **First Amended Complaint for**

**Verified Violations of the Fair Credit Reporting Act and Trial by Jury Demand** ("FAC")

pursuant to Fed. R. Civ. P. 15(a).

The FAC supersedes Plaintiff's original complaint and is now the operative pleading in this

matter. The FAC asserts claims under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq.,

against the Defendants identified above, and includes supporting exhibits and a jury demand.

August 28, 2025

Respectfully submitted in honor and in equity,

/s/ By:___Jason-Henry:Allen__

Jason-Henry:Allen – All Rights Reserved

2600 East Seltice Way, Post Falls, Idaho 323-377-5620

Jason.Alistor@gmail.com

Plaintiff, In Propria Persona

**CERTIFICATE OF SERVICE**

I certify that on August 28, 2025, a true and correct copy of the foregoing was served via first-class mail, postage prepaid, to:

**Trans Union** - Nermy J. Winner QSLWM 10333 N. Meridian Street Suite 200 Indianapolis, IN 46290
**Trans Union** - Brad P. Miller, Esq. Hawley Troxell 877 Main Street, 2nd Floor Boise, ID 83702

**Experian** - Elizabeth Corey TROUTMAN PEPPER LOCKE LLP 600 Travis Street; Suite 2800 Houston, TX 77002

**Equifax** - Charles H. Carpenter CARPENTER LAW FIRM PLC 210 North Higgins Avenue, Suite 336 Missoula, Montana 59802

**Michael J. Archibald** - 1855 North Lakes Place, Suite 104, Meridian, ID 83646

**M2 Law Group P.C** - 1855 North Lakes Place, Suite 104, Meridian, ID 83646

**HOWELL & VAIL LLP** - 1855 North Lakes Place, Suite 104, Meridian, ID 83646

**Ford Motor Credit Company LLC** - Erica J. White Elam & Burke, P.A. 251 E. Front St., Ste 300 Boise, ID 83702

/s/ Jason-Henry:Allen