# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

25-CV-404 BLW

| | |
|---|---|
| JASON HENRY ALLEN<br><br>Plaintiff, In Propria Persona<br>v.<br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br><br>EQUIFAX INFORMATION SERVICES LLC;<br><br>TRANS UNION LLC;<br><br>FORD MOTOR CREDIT COMPANY LLC;<br><br>M2 LAW GROUP P.C.;<br><br>HOWELL & VAIL LLP;<br><br>MICHAEL J. ARCHIBALD;<br><br>Defendants | PLAINTIFF'S STATEMENT REGARDING PENDING MOTIONS TO DISMISS<br><br>**U.S. COURTS**<br><br>SEP 02 2025<br>Counter<br>Rcvd____ Filed____ Time 11:04am<br>STEPHEN W. KENYON<br>CLERK, DISTRICT OF IDAHO |

## PLAINTIFF'S STATEMENT REGARDING PENDING MOTIONS TO DISMISS

Plaintiff Jason Henry Allen ("Plaintiff"), appearing in propria persona, respectfully submits this statement to clarify the status of the pleadings and pending motions in this action.

On August 27, 2025, Plaintiff filed his First Amended Complaint for Verified Violations of the Fair Credit Reporting Act and Trial by Jury Demand (Dkt. 21) pursuant to Fed. R. Civ. P. 15(a). The First Amended Complaint ("FAC") supersedes the original complaint and is now the operative pleading in this case.

1

Defendants previously filed motions to dismiss the original complaint:

Defendants M2 Law Group, P.C., Howell & Vail LLP, and Michael J. Archibald filed a Motion to Dismiss under Rules 12(b)(5) and 12(b)(6) (Dkt. 15).

Defendants Equifax Information Services LLC, Experian Information Solutions, Inc., and Trans Union LLC filed a Joint Motion to Dismiss under Rule 12(b)(6) (Dkt. 16).

Plaintiff timely filed oppositions to each motion, addressing both service of process and sufficiency of the pleadings.

Because the FAC contains expanded factual allegations and additional detail supporting Plaintiff's claims under the Fair Credit Reporting Act, Plaintiff respectfully submits that the prior motions to dismiss directed at the original complaint are now moot.

In the alternative, to the extent the Court considers the pending motions as directed toward the FAC, Plaintiff requests that the Court also consider his previously filed oppositions as applicable to the FAC, as the legal arguments remain substantively identical.

August 28, 2025

Respectfully submitted in honor and in equity,

/s/ By:___Jason-Henry:Allen__

Jason-Henry:Allen – All Rights Reserved

2600 East Seltice Way, Post Falls, Idaho 323-377-5620

Jason.Alistor@gmail.com

Plaintiff, In Propria Persona