Jed W. Manwaring, ISB # 3040
Erica J. White, ISB # 7475
ELAM & BURKE, P.A.
251 East Front Street, Suite 300
Post Office Box 1539
Boise, Idaho 83701-1539
Telephone: (208) 343-5454
Facsimile: (208) 384-5844
jwm@elamburke.com
ejw@elamburke.com

*Attorneys for Defendant Ford Motor Credit Company LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JASON HENRY ALLEN, | Case No. 2:25-cv-00404-BLW |
| Plaintiff, In Propria Persona, | |
| v. | NOTICE OF APPEARANCE |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; TRANS UNION LLC; FORD MOTOR CREDIT COMPANY LLC; M2 LAW GROUP P.C.; HOWELL & VAIL LLP; and MICHAEL J. ARCHIBALD, | |
| Defendants. | |

TO:    ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Jed W. Manwaring and Erica J. White of the law firm of

Elam & Burke, P.A., hereby enter their appearance on behalf of Defendant Ford Motor Credit

Company LLC, in this action.

NOTICE OF APPEARANCE - 1

DATED this 4th day of September, 2025.

ELAM & BURKE, P.A.

By:  */s/ Erica J. White*
    Jed W. Manwaring, Of the Firm
    Erica J. White, Of the Firm
    *Attorneys for Defendant Ford Motor Credit*
    *Company LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of September, 2025, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following individuals:

| | |
|---|---|
| Charles Henry Carpenter | carpentc@carpenterlawfirmplc.com |
| Elizabeth Corey | Elizabeth.corey@troutman.com |
| Brad P. Miller | bmiller@hawleytroxell.com |
| Jean Schroeder | jschroeder@hawleytroxell.com |
| Nermy J. Winner | nermy.winner@qslwm.com |
| Michael John Archibald | marchibald@m2law.net |

In addition, I caused to be served a true copy of this document via U.S. Mail to the following:

Jason Henry Allen, *plaintiff pro se*
2600 E. Seltice Way #235
Post Falls, ID 83854

*/s/ Erica J. White*
Jed W. Manwaring
Erica J. White

NOTICE OF APPEARANCE - 2