Charles H. Carpenter
(Idaho Bar No. 8322)
CARPENTER LAW FIRM PLC
210 North Higgins Avenue, Suite 336
Missoula, Montana 59802
(406) 543-0511
Telephone:  (406) 543-0511
Email:  carpentc@carpenterlawfirmplc.com

*Counsel for Defendant*
*Equifax Information Services LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| JASON HENRY ALLEN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC; FORD MOTOR CREDIT COMPANY LLC, M2 LAW GROUP P.C.; HOWELL & VAIL LLP; MICHAEL J. ARCHIBALD; AND LISSETTE M. CARRERAS,<br><br>　　　　　Defendants. | Case No. 2:25-cv-00404-BLW<br><br>**DEFENDANTS EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION LLC'S JOINT MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** |

Defendants Equifax Information Services LLC ("Equifax"), Experian Information Solutions, Inc. ("Experian"), and Trans Union LLC ("Trans Union") (collectively, the "CRA Defendants"), by their attorneys, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, move to dismiss Plaintiff's Amended Complaint. The CRA Defendants rely upon the contemporaneously filed Brief in Support, the pleadings and papers on file herein, and such further argument and evidence as may be presented at any hearing of the motion.

DATED: September 5, 2025   Respectfully submitted,

CARPENTER LAW FIRM PLC


By: <u>*/s/ Charles H. Carpenter*</u>
    Charles H. Carpenter
    *Counsel for Defendant*
    *Equifax Information Services LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2025, I presented the foregoing DEFENDANTS EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION LLC'S JOINT MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. A copy has also been sent via U.S. Mail to the following:

>Jason Henry Allen, *plaintiff pro se*
>2600 East Seltice Way #235
>Post Falls, Idaho  83854

>*/s/ Charles H. Carpenter*
>Charles H. Carpenter
>*Counsel for Defendant*
>*Equifax Information Services LLC*