IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

JASON HENRY ALLEN,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; FORD MOTOR CREDIT COMPANY LLC; M2 LAW GROUP P.C.; HOWELL & VAIL LLP; MICHAEL J. ARCHIBALD; AND LISSETTE M. CARRERAS,

Defendants.

NO. 1:25-CV-0404-BLW

NOTICE OF APPEARANCE

[CLERK'S ACTION REQUIRED]

TO:       ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD

AND TO:      CLERK OF THE ABOVE-ENTITLED COURT

YOU, AND EACH OF YOU, WILL PLEASE TAKE NOTICE that Defendant Experian Information Solutions, Inc., without waiver of the requirement for original service of process, without admitting jurisdiction or venue, and without waiver of any and all available defenses, including but not limited to defenses available by statute or court rule, hereby enters an appearance in the above-captioned matter and requests that all further papers and pleadings, except original process, be served upon the undersigned attorney at the address stated below.

NOTICE OF APPEARANCE (CASE NO. 1:25-CV-0404-BLW) - PAGE 1

**GORDON REES SCULLY MANSUKHANI, LLP**
999 W. Main Street, Suite 100
Boise, ID 83702
Telephone: (208) 489-9095

Dated: September 5, 2025

GORDON REES SCULLY MANSUKHANI, LLP

By: _s/ Meredith L. Thielbahr_

Gordon Rees Scully Mansukhani, LLP
Meredith L. Thielbahr, ISB 9733
999 W. Main Street, Suite 100
Boise, ID  83702
T: (208) 489-9095
mthielbahr@grsm.com

*Attorneys for Defendant Experian Information Solutions, Inc.*

NOTICE OF APPEARANCE (CASE NO. 1:25-CV-0404-BLW) - PAGE 2

**GORDON REES SCULLY MANSUKHANI, LLP**
999 W. Main Street, Suite 100
Boise, ID 83702
Telephone: (208) 489-9095

CERTIFICATE OF SERVICE

On September 5, 2025, I caused copies of the foregoing document to be served by the following methods on the parties listed below as follows, which is the last known address for the listed party:

Jason Henry Allen, (Pro Per)
2600 East Seltice Way
Post Falls, ID
(323) 377-5620
jason.alistor@gmail.com

By Hand Delivery
By U.S. Mail
By Overnight Mail
By Facsimile
X  **By Email**
X  **By ECF**

Charles Henry Carpenter
Carpenter Law Firm, PLC
210 North Higgins Avenue, Suite 336
Missoula, MT 59802
(406) 543-0511
carpentc@carpenterlawfirmplc.com

By Hand Delivery
By U.S. Mail
By Overnight Mail
By Facsimile
By Email
X  **By ECF**

Brad P. Miller
Hawley Troxell Ennis & Hawley
PO Box 1617
Boise, ID 83701
(208) 344-6000
bmiller@hawleytroxell.com

By Hand Delivery
By U.S. Mail
By Overnight Mail
By Facsimile
By Email
X  **By ECF**

Jean Eleanor Schroeder
Powers Farley
702 W. Idaho Street, Suite 700
Boise, ID  83702
(208) 860-8267
jes@powersfarley.com

By Hand Delivery
By U.S. Mail
By Overnight Mail
By Facsimile
By Email
X  **By ECF**

Nermy J. Winner
Quilling Selander Lownds

By Hand Delivery
By U.S. Mail
By Overnight Mail

NOTICE OF APPEARANCE (CASE NO.
1:25-CV-0404-BLW) - PAGE 3

**GORDON REES SCULLY
MANSUKHANI, LLP**
999 W. Main Street, Suite 100
Boise, ID 83702
Telephone: (208) 489-9095

Winslett Moser
10333 N. Meridian Street, Suite 200
Indianapolis, IN 46290
(317) 497-5600
Nermy.winner@qslwm.com

By Facsimile
By Email
X  **By ECF**


Erica J. White
Jed W. Manwaring
Elam & Burke, P.A.
251 E. Front Street, Suite 300
Boise, ID 83702
(208) 343-5454
ejw@elamburke.com
jwm@elamburke.com

By Hand Delivery
By U.S. Mail
By Overnight Mail
By Facsimile
By Email
X  **By ECF**


Michael John Archibald
M2 Law Group
PO Box 330
Meridian, ID 83680
(208) 336-3331
marchibald@m2law.net

By Hand Delivery
By U.S. Mail
By Overnight Mail
By Facsimile
By Email
X  **By ECF**


*s/ Meredith L. Thielbahr*
Meredith L. Thielbahr, ISB#9733

NOTICE OF APPEARANCE (CASE NO.
1:25-CV-0404-BLW) - PAGE 4

**GORDON REES SCULLY
MANSUKHANI, LLP**
999 W. Main Street, Suite 100
Boise, ID 83702
Telephone: (208) 489-9095

1275004/70311846v.1