IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

JASON HENRY ALLEN,

                        Plaintiff,

     v.

EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; FORD MOTOR CREDIT COMPANY LLC; M2 LAW GROUP P.C.; HOWELL & VAIL LLP; MICHAEL J. ARCHIBALD; AND LISSETTE M. CARRERAS,

                        Defendants.

NO. 1:25-CV-0404-BLW

DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Experian Information Solutions, Inc. hereby certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

1.     Parent Companies: The ultimate parent company of Experian is Experian plc.

2.     Subsidiaries Not Wholly Owned: The following companies are the US-based subsidiaries of Experian plc that are not wholly owned and are not publicly traded:

DEFENDANT EXPERIAN INFORMATION
SOLUTIONS, INC.'S RULE 7.1
CORPORATE DISCLOSURE STATEMEMT
(CASE NO. 1:25-C-0404-BLW) - PAGE 1

**GORDON REES SCULLY MANSUKHANI, LLP**
999 W. Main Street, Suite 100
Boise, ID 83702
Telephone: (208) 489-9095

   a. Central Source LLC

   b. Online Data Exchange LLC

   c. New Management Services LLC

   d. VantageScore Solutions LLC

   e. Opt-Out Services LLC

  3. Publicly Held Companies: Experian plc indirectly owns 100 percent of Experian. Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange

Dated: September 5, 2025     GORDON REES SCULLY MANSUKHANI, LLP

         By: *s/ Meredith L. Thielbahr*

         Gordon Rees Scully Mansukhani, LLP
         Meredith L. Thielbahr, ISB 9733
         999 W. Main Street, Suite 100
         Boise, ID 83702
         T: (208) 489-9095
         mthielbahr@grsm.com

         *Attorneys for Defendant Experian Information Solutions, Inc.*

DEFENDANT EXPERIAN INFORMATION
SOLUTIONS, INC.'S RULE 7.1
CORPORATE DISCLOSURE STATEMEMT
(CASE NO. 1:25-C-0404-BLW) - PAGE 2

**GORDON REES SCULLY MANSUKHANI, LLP**
999 W. Main Street, Suite 100
Boise, ID 83702
Telephone: (208) 489-9095

CERTIFICATE OF SERVICE

On September 5, 2025, I caused copies of the foregoing document to be served by the following methods on the parties listed below as follows, which is the last known address for the listed party:

Jason Henry Allen, (Pro Per)
2600 East Seltice Way
Post Falls, ID
(323) 377-5620
jason.alistor@gmail.com

By Hand Delivery
By U.S. Mail
By Overnight Mail
By Facsimile
**X  By Email**
**X  By ECF**

Charles Henry Carpenter
Carpenter Law Firm, PLC
210 North Higgins Avenue, Suite 336
Missoula, MT 59802
(406) 543-0511
carpentc@carpenterlawfirmplc.com

By Hand Delivery
By U.S. Mail
By Overnight Mail
By Facsimile
By Email
**X  By ECF**

Brad P. Miller
Hawley Troxell Ennis & Hawley
PO Box 1617
Boise, ID 83701
(208) 344-6000
bmiller@hawleytroxell.com

By Hand Delivery
By U.S. Mail
By Overnight Mail
By Facsimile
By Email
**X  By ECF**

Jean Eleanor Schroeder
Powers Farley
702 W. Idaho Street, Suite 700
Boise, ID  83702
(208) 860-8267
jes@powersfarley.com

By Hand Delivery
By U.S. Mail
By Overnight Mail
By Facsimile
By Email
**X  By ECF**

Nermy J. Winner
Quilling Selander Lownds

By Hand Delivery
By U.S. Mail
By Overnight Mail

DEFENDANT EXPERIAN INFORMATION
SOLUTIONS, INC.'S RULE 7.1
CORPORATE DISCLOSURE STATEMEMT
(CASE NO. 1:25-C-0404-BLW) - PAGE 3

**GORDON REES SCULLY
MANSUKHANI, LLP**
999 W. Main Street, Suite 100
Boise, ID 83702
Telephone: (208) 489-9095

Winslett Moser
10333 N. Meridian Street, Suite 200
Indianapolis, IN 46290
(317) 497-5600
Nermy.winner@qslwm.com

By Facsimile
By Email
**X  By ECF**

Erica J. White
Jed W. Manwaring
Elam & Burke, P.A.
251 E. Front Street, Suite 300
Boise, ID 83702
(208) 343-5454
ejw@elamburke.com
jwm@elamburke.com

By Hand Delivery
By U.S. Mail
By Overnight Mail
By Facsimile
By Email
**X  By ECF**

Michael John Archibald
M2 Law Group
PO Box 330
Meridian, ID 83680
(208) 336-3331
marchibald@m2law.net

By Hand Delivery
By U.S. Mail
By Overnight Mail
By Facsimile
By Email
**X  By ECF**

 *s/ Meredith L. Thielbahr*
Meredith L. Thielbahr, ISB#9733

DEFENDANT EXPERIAN INFORMATION
SOLUTIONS, INC.'S RULE 7.1
CORPORATE DISCLOSURE STATEMEMT
(CASE NO. 1:25-C-0404-BLW) - PAGE 4

**GORDON REES SCULLY
MANSUKHANI, LLP**
999 W. Main Street, Suite 100
Boise, ID 83702
Telephone: (208) 489-9095