Jed W. Manwaring, ISB # 3040
Erica J. White, ISB # 7475
ELAM & BURKE, P.A.
251 East Front Street, Suite 300
Post Office Box 1539
Boise, Idaho 83701-1539
Telephone: (208) 343-5454
Facsimile: (208) 384-5844
jwm@elamburke.com
ejw@elamburke.com

*Attorneys for Defendant/Counterclaimant Ford Motor Credit Company LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JASON HENRY ALLEN,<br><br>       Plaintiff, In Propria Persona,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; TRANS UNION LLC; FORD MOTOR CREDIT COMPANY LLC; M2 LAW GROUP P.C.; HOWELL & VAIL LLP; and MICHAEL J. ARCHIBALD,<br><br>       Defendants.<br><hr>FORD MOTOR CREDIT COMPANY LLC,<br><br>       Counterclaimant,<br><br>v.<br><br>JASON HENRY ALLEN,<br><br>       Counterdefendant. | Case No. 2:25-cv-00404-BLW<br><br>FORD MOTOR CREDIT COMPANY LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT |

Pursuant to Federal Rules of Civil Procedure 7.1, Defendant/Counterclaimant Ford Motor Credit Company LLC submits the following information:

1. Ford Motor Credit Company LLC ("FMCC") is a Delaware limited liability company authorized to do business in the State of Idaho. FMCC is 100% owned by its sole member, Ford Holdings LLC, a Delaware limited liability company. Ford Holdings LLC is a wholly owned subsidiary of Ford Motor Company, a Delaware corporation that is publicly traded.

DATED this 22nd day of September, 2025.

ELAM & BURKE, P.A.


By: */s/ Erica J. White*
Jed W. Manwaring, Of the Firm
Erica J. White, Of the Firm
*Attorneys for Defendant/Counterclaimant*
*Ford Motor Credit Company LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of September, 2025, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following individuals:

| | |
|---|---|
| Charles Henry Carpenter | carpentc@carpenterlawfirmplc.com |
| Elizabeth Corey | Elizabeth.corey@troutman.com |
| Brad P. Miller | bmiller@hawleytroxell.com |
| Jean Schroeder | jschroeder@hawleytroxell.com |
| Nermy J. Winner | nermy.winner@qslwm.com |
| Michael John Archibald | marchibald@m2law.net |
| Meredith L. Thielbahr | mthielbahr@grsm.com |

In addition, I caused to be served a true copy of this document via U.S. Mail to the following:

Jason Henry Allen, *plaintiff pro se*
2600 E. Seltice Way #235
Post Falls, ID 83854

*/s/ Erica J. White*
Erica J. White


FORD MOTOR CREDIT COMPANY LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT - 2