Nermy J. Winner, Esq.
  (admitted *Pro Hac Vice*)
Quilling, Selander, Lownds, Winslett
  & Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN 46290
Telephone:  (317) 497-5600, Ext. 606
Fax:  (317) 899-9348
E-Mail: nermy.winner@qslwm.com

*Counsel for Defendant Trans Union LLC*

Brad P. Miller, Esq.
Hawley Troxell
877 Main Street, 2nd Floor
Boise, ID 83702
Telephone:  208-344-6000
Fax:  208-954-5206
E-Mail: bmiller@hawleytroxell.com

*Local Counsel for Defendant Trans Union, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO (NORTHERN)**

| | |
|---|---|
| JASON HENRY ALLEN,<br>          Plaintiff,<br><br>     vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>EQUIFAX INFORMATION SERVICES LLC;<br>TRANS UNION LLC; FORD MOTOR CREDIT<br>COMPANY LLC; M2 LAW GROUP P.C.;<br>HOWELL & VAIL LLP; and MICHAEL J.<br>ARCHIBALD;<br>          Defendants. | CASE NO. 2:25-cv-00404-BLW<br><br>Judge B. Lynn Winmill<br><br>**DEFENDANTS EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION LLC'S JOINT MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** |

Defendants Equifax Information Services LLC ("Equifax"), Experian Information Solutions, Inc. ("Experian"), and Trans Union LLC ("Trans Union") (collectively, the "CRA

DEFENDANTS EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION LLC'S JOINT MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT – 2:25-cv-00404-BLW

Page 1 of 3

1. Defendants"), by their attorneys, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, move to dismiss Plaintiff's Second Amended Complaint. The CRA Defendants rely upon the contemporaneously filed Brief in Support, the pleadings and papers on file herein, and such further argument and evidence as may be presented at any hearing of the motion.

Respectfully submitted,

*/s/ Nermy J. Winner*
Nermy J. Winner, Esq.
  (admitted *Pro Hac Vice*)
Quilling, Selander, Lownds, Winslett
  & Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN 46290
Telephone:  (317) 497-5600, Ext. 605
Fax:  (317) 899-9348
E-Mail: nermy.winner@qslwm.com

*Counsel for Defendant Trans Union LLC*

Brad P. Miller, Esq.
Hawley Troxell
877 Main Street, 2nd Floor
Boise, ID 83702
Telephone:  208-344-6000
Fax:  208-954-5206
E-Mail: bmiller@hawleytroxell.com

*Local Counsel for Defendant Trans Union LLC*

DEFENDANTS EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION LLC'S JOINT MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT – 2:25-cv-00404-BLW

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the **30th day of December, 2025**, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Charles H. Carpenter, Esq. <br> carpentc@carpenterlawfirmplc.com | Erica J. White, Esq. <br> ejw@elamburke.com |
| Jed W. Manwaring, Esq. <br> jwm@elamburke.com | Michael J. Archibald, Esq. <br> marchibald@m2law.net |

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid, addressed as follows:

| | |
|---|---|
| **Pro Se Plaintiff** <br> Jason Henry Allen <br> 2600 East Seltice Way #235 <br> Post Falls, ID 83854 | |

Via certified mail, return receipt requested, addressed as follows:

| | |
|---|---|
| None. | |

/s/ Nermy J. Winner
Nermy J. Winner, Esq.
  (admitted *Pro Hac Vice*)
Quilling, Selander, Lownds, Winslett
  & Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN 46290
Telephone:  (317) 497-5600, Ext. 605
Fax:  (317) 899-9348
E-Mail: nermy.winner@qslwm.com

*Counsel for Defendant Trans Union LLC*

DEFENDANTS EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION LLC'S JOINT MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT – 2:25-cv-00404-BLW