# EXHIBIT C

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

Payable through:
Jason Henry Allen
▮▮▮▮▮▮▮▮▮▮
Post Falls, Idaho [83854]

**CERTIFIED FUNDS**
Remit at Par

UST
1500 PENNSYLVANIA
AVENUE N.W.
WASHINGTON, D.C. 20220

15-51 / 000

No. 711202416
Date: 08/01/2024

Pay to the Order of: Ford Motor Credit             $ **** 21,552.00

Twenty One Thousand Five Hundred Fifty Two 00/100 ************************************************** Dollars

Memo: Account number ▮▮▮▮▮▮▮▮

By: [signature] Jason Henry Allen
Authorized Representative for the Beneficiary
Exemption ▮▮▮▮▮▮

Reference: Prepaid personal item; exchange acknowledgment,
This draft is an offer of tender and discharges the obligation per U.C.C. §§ 1-103, 1-104, 3-603(a)(b), HJR 192 of June 5, 1933.& Public Law 73-10

SECURITY FEATURES INCLUDED. DETAILS ON BACK



**Security Features:**
- Micro-Printing
- Watermark
- Colored Background

**Results of check alteration:**
- Small type in border of check and endorsement area appears blurred if copied or scanned.
- Artificial watermark on back. Hold at an angle to view.
- Void copy protection.

*Listed below are the security features provided on this document which meet and/or exceed industry guidelines.*

ENDORSE CHECK HERE
X
DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

08/13/2024    ADCK128