# EXHIBIT D

22,000.00

P.O. Box 35905
Cleveland, OH 44135-0905


JASON ALLEN



POST FALLS        ID 83854


December 2, 2024

Account Number: ▮▮▮▮▮▮

Dear JASON ALLEN:

Recently we received a payment in the amount of $22,000.00 on your account. Unfortunately, the financial institution on which the payment was drawn did not honor this payment.

Please return the title to the vehicle upon receipt to the following address:  P.O. Box 35905 Cleveland, OH 44135-0905

If you intend to pay your account in full, please remit the current outstanding balance of $19,756.00 to the following address: P.O. Box 552679 Detroit, MI 48255-2679


In addition, paid in full documents should not have been sent to you.  All terms and conditions of your contract, including your payment obligations, remain in full force and effect. Ford Motor Credit Company retains a security interest in 2020 FORD EXPLR 1FM5K8GC4LGA06339 until the outstanding balance is paid in full.

We appreciate your cooperation in resolving this matter.  If you have any questions, please contact us at 1-877-224-1262.

Our hours of operation are Monday through Friday, 8:00 AM to 5:00 PM Eastern Standard Time.


Sincerely,



Ford Motor Credit Company

DOC 523-9 FC-PR Returned Payment Letter (23-Sep-2013)