# UNITED STATES DISTRICT COURT

for the

District of Idaho      ☑      **U.S. COURTS**

| | |
|---|---|
| JASON HENRY ALLEN | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:25-CV-00404-BLW |
| M2 LAW GROUP P.C | ) |
| Registered Agent - MICHAEL J. ARCHIBALD | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Rcvd ___ JAN 0 6 2026 ___ 3:59 pm
Filed ___ Time ___
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* M2 LAW GROUP P.C
Registered Agent - MICHAEL J. ARCHIBALD
1855 N Lakes Pl
Meridian, ID 83646
United States

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: JASON HENRY ALLEN
2600 East Seltice Way
#235
Post Falls, ID 83854

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ___ DEC 17, 2025

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:25-CV-00404-BLW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ML Law Group
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____                       SEE ATTACHED
                                         _____
                                            *Server's signature*

                                         _____
                                            *Printed name and title*


                                         _____
                                            *Server's address*

Additional information regarding attempted service, etc:

Civil Action No.    **2:25-CV-00404-BLW**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **M2 Law Group P.C.**
was recieved by me on  **1/02/2026:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Michael J Archibald**, who is designated by law to accept service of process on behalf of **M2 Law Group P.C.** at **1855 N Lakes Pl, Meridian, ID 83646 on 01/06/2026 at 12:15 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and $ **95.00** for services, for a total of $ **95.00**.

I declare under penalty of perjury that this information is true.

Date:  01/06/2026

_____
*Server's signature*

**Nathan Alexander Steenis**
_____
*Printed name and title*

**193 S Cromwell Place
Boise, ID 83709**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SECOND AMENDED Complaint; Summons,  to Michael J Archibald, REGISTERED AGENT with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 35-45 years of age, 5'8"-5'10" tall and weighing 160-180 lbs.**




Tracking #: 0202333800