Michael J. Archibald, ISB #8476
M2 Law Group PC
1855 N. Lakes Place
P.O. Box 330
Meridian, Idaho 83680
Telephone: (208) 336-3331
marchibald@m2law.net

Attorney for M2 Law Group PC, Michael J. Archibald

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JASON HENRY ALLEN<br> Plaintiff<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC; TRANS UNION LLC; FORD MOTOR CREDIT COMPANY LLC; M2 LAW GROUP PC; HOWELL & VAIL LLP; MICHAEL J. ARCHIBALD; AND LISSETTE M. CARRERAS,<br><br>  Defendants | Case No. CV25-0404-NBLW<br><br>DEFENDANTS M2 LAW GROUP PC,, AND MICHAEL J. ARCHIBALD MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT WITH PREJUDICE |

COMES NOW, Defendants M2 Law Group PC, and Michael J. Archibald (herein after "M2 Parties"), by and through their attorney, Michael J. Archibald, and request this complaint be dismissed under Federal Rule of Civil Procedure 12(b) (6) for failure to state a claim upon which relief can be granted.

## 1. INTRODUCTION

Plaintiff initially filed his Original complaint on July 23, 2025 and his first Amended Complaint on August 27, 2025. The Court dismissed claims against the M2 Parties on December 3, 2025. Plaintiff filed his Second Amended Complaint on December 17, 2025.

The M2 Parties renew its motion to dismiss under Federal Rule of Civil Procedure 12(b)(6).

## 2. LEGAL STANDARDS

Federal Rule of Civil Procedure 12(b) states that a motion asserting any defense under the rule must be made before pleading if a responsive pleading is allowed. Federal Rule of Civil Procedure 12(b)(6) permits a court to dismiss a claim if the plaintiff has "fail[ed] to state a claim upon which relief can be granted." "A Rule 12(b)(6) dismissal may be based on either a `lack of a cognizable legal theory' or `the absence of sufficient facts alleged under a cognizable legal theory.'" *Johnson v. Riverside Healthcare Sys., LP,* 534 F.3d 1116, 1121 (9th Cir. 2008). A complaint "does not need detailed factual allegations," but it must set forth "more than labels and conclusions, and a formulaic recitation of the elements." *Bell Atl. Corp v. Twombly,* 550 U.S. 544 at 555. The complaint must also contain sufficient factual matter to "state a claim to relief that is plausible on its face." *Id*. at 570. In deciding whether to grant a motion to dismiss, the court must accept as true all well-pleaded factual allegations made in the pleading under attack. *Ashcroft v. Iqbal*, 556 U.S. 662, 663 (2009). A court is not, however, "required to accept as true allegations that are merely conclusory, unwarranted deductions of fact, or unreasonable inferences." *Sprewell v. Golden State Warriors*, 266 F.3d 979, 988 (9th Cir. 2001). A dismissal without leave to amend is improper unless it is beyond doubt that the complaint "could not be saved by any amendment." *Harris v. Amgen, Inc.*, 573 F.3d 728, 737 (9th Cir. 2009).

## 3. DISCUSSION

Plaintiff's Second Amended complaint should be dismissed. It still contains insufficient factual matters to state a claim of relief, and sets for mere labels and conclusions, and formulaic recitation of the elements. There are no specific actions made by M2 Parties to cause the specific injuries Plaintiff claims, in fact the M2 Parties are not listed in Plaintiff's Second Amended Complaint in any location, other than the heading. There is no cognizable legal theory and there are insufficient facts alleged toward the M2 Parties. There are no allegations, no pleaded legal theories, or facts, that would tie the M2 Parties to any damages the Plaintiff is alleging. Given this is the Second Amended Complaint, the M2 Parties respectfully request the Complaint be dismissed with prejudice, and for other such relief as the Court deems necessary.

DATED: January 27, 2026

        M2 LAW GROUP PC

        By /s/Michael J. Archibald

        Michael J. Archibald

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 27, 2026 filed the foregoing **MEMORANDUM** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means:

| | |
|---|---|
| Charles H. Carpenter | carpentc@carpenterlawfirmplc.com |
| Erica J. White, | ejw@elamburke.com |
| Jed W. Manwaring | jwm@elamburke.com |
| Meredith L Thielbahr | mthielbahr@grsm.com |
| Brad P Miller | bmiller@hawleytroxell.com |
| Jean Eleanor Schroeder | jschroeder@hawleytroxell.com |
| Nermy J. Winner | nermy.winner@qslwm.com |

and the following parties or counsel to be served via USPS;

JASON HENRY ALLEN
2600 East Seltice Way #235
Post Falls, ID 83854

        /s/Michael Archibald
        Michael Archibald