Jed W. Manwaring, ISB # 3040
Erica J. White, ISB # 7475
ELAM & BURKE, P.A.
251 East Front Street, Suite 300
Post Office Box 1539
Boise, Idaho 83701-1539
Telephone: (208) 343-5454
Facsimile: (208) 384-5844
jwm@elamburke.com
ejw@elamburke.com

*Attorneys for Defendant/Counterclaimant Ford Motor Credit Company LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JASON HENRY ALLEN,<br><br>   Plaintiff, In Propria Persona,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; TRANS UNION LLC; FORD MOTOR CREDIT COMPANY LLC; M2 LAW GROUP P.C.; HOWELL & VAIL LLP; and MICHAEL J. ARCHIBALD,<br><br>   Defendants. | Case No. 2:25-cv-00404-BLW<br><br>DEFENDANT-COUNTERCLAIMANT FORD MOTOR CREDIT COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT |
| FORD MOTOR CREDIT COMPANY LLC,<br><br>   Counterclaimant,<br><br>v.<br><br>JASON HENRY ALLEN,<br><br>   Counterdefendant. | |

DEFENDANT-COUNTERCLAIMANT FORD MOTOR CREDIT COMPANY'S MOTION
FOR PARTIAL SUMMARY JUDGMENT - 1

Defendant-Counterclaimant Ford Motor Credit Company LLC ("Ford"), by and through its counsel of record, Elam & Burke P.A., pursuant to Federal Rule of Civil Procedure 56(a) and District of Idaho Local Rule 7.1(b)(1), hereby respectfully moves this Court for an Order granting Partial Summary Judgment in its favor, on the grounds that there are no material issues of fact that: (1) Counter-Defendant Allen breached the contract and is liable for the unpaid balance of the Retail Installment Sale Contract; and (2) Ford is entitled to possession of the collateral vehicle, 2020 Ford Explorer.

This Motion is made and based upon the files and records in this action, along with the Memorandum in Support, Declaration of Jeremy Dill in Support, and Statement of Undisputed Facts, each filed concurrently herewith in support hereof.

DATED this 6th day of February, 2026.

        ELAM & BURKE, P.A.

By: /s/ Erica J. White
    Jed W. Manwaring, Of the Firm
    Erica J. White, Of the Firm
    *Attorneys for Defendant/Counterclaimant*
    *Ford Motor Credit Company LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of February, 2026, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following individuals:

| | |
|---|---|
| Charles Henry Carpenter | carpentc@carpenterlawfirmplc.com |
| Elizabeth Corey | Elizabeth.corey@troutman.com |
| Brad P. Miller | bmiller@hawleytroxell.com |
| Jean Schroeder | jschroeder@hawleytroxell.com |
| Nermy J. Winner | nermy.winner@qslwm.com |
| Michael John Archibald | marchibald@m2law.net |
| Meredith L. Thielbahr | mthielbahr@grsm.com |

In addition, I caused to be served a true copy of this document via U.S. Mail to the following:

Jason Henry Allen, *Plaintiff pro se*
2600 E. Seltice Way #235
Post Falls, ID 83854

                                              */s/ Erica J. White*
                                              Jed W. Manwaring
                                              Erica J. White