Jed W. Manwaring, ISB # 3040
Erica J. White, ISB # 7475
ELAM & BURKE, P.A.
251 East Front Street, Suite 300
Post Office Box 1539
Boise, Idaho 83701-1539
Telephone: (208) 343-5454
Facsimile: (208) 384-5844
jwm@elamburke.com
ejw@elamburke.com

*Attorneys for Defendant/Counterclaimant Ford Motor Credit Company LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JASON HENRY ALLEN,<br><br>    Plaintiff, In Propria Persona,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; TRANS UNION LLC; FORD MOTOR CREDIT COMPANY LLC; M2 LAW GROUP P.C.; HOWELL & VAIL LLP; and MICHAEL J. ARCHIBALD,<br><br>    Defendants. | Case No. 2:25-cv-00404-BLW<br><br>DECLARATION OF JEREMY DILL IN SUPPORT OF FORD MOTOR CREDIT COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT |
| FORD MOTOR CREDIT COMPANY LLC,<br><br>    Counterclaimant,<br><br>v.<br><br>JASON HENRY ALLEN,<br><br>    Counterdefendant. | |

DECLARATION OF JEREMY DILL IN SUPPORT OF FORD MOTOR CREDIT COMPANY'S
MOTION FOR PARTIAL SUMMARY JUDGMENT - 1

I, Jeremy Dill, am a COM of Network Operations at Ford Motor Credit Company in Recovery and have been employed in that capacity since 2022. I state and swear under penalty of perjury that: I am competent to testify of and have personal knowledge of the following facts based upon my own knowledge and Ford's business records kept in the ordinary course of business:

1.  Allen purchased a 2020 Ford Explorer VIN ending 6339 ("Vehicle") on July 2, 2020. On that same date, Allen financed the purchase of $64,656.00 through Ford by entering into a Retail Installment Sale Contract ("Contract"). A true and correct copy is attached hereto as **Exhibit A**. Allen thereby agreed to repay the amount financed by making 72 payments of $898.00 per month, to Ford beginning August 16, 2020.

2.  Paragraph 2(c) of the Contract provided for a security interest in the Vehicle stating that "you [Allen] give us [Ford] a security interest in the vehicle and all parts and goods put on it." In addition, paragraph 3(d) of the Contract provided that "If you default we [Ford] may take (repossess) the vehicle from you [Allen]."

3.  On or about July 15, 2024, Allen presented a non-negotiable instrument to Ford to pay off the loan in the amount of $22,450.00. This instrument labeled as "Certified Funds" was rejected by Ford as being non-negotiable. The instrument was non-negotiable as it was not linked to or drawn from a valid existing account. A true and correct copy is attached hereto as **Exhibit B**.

4.  On or around August 1, 2024, Allen presented a non-negotiable instrument to Ford to pay off the loan in the amount of $21,552.00. This instrument labeled as "Certified Funds" was rejected by Ford as being non-negotiable. The instrument was non-negotiable as it was not linked to or drawn from a valid existing account. A true and correct copy is attached hereto as **Exhibit C**.

DECLARATION OF JEREMY DILL IN SUPPORT OF FORD MOTOR CREDIT COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT - 2

5. Allen scheduled several electronic payments via a Payment Authorization Agreement with Ford as follows:

    a. October 3, 2024    $20,897.00

    b. October 10, 2024    $20,898.00

    c. October 18, 2024    $21,796.00

    d. October 24, 2024    $21,796.00

    e. October 31, 2024    $23,840.90

    f. November 7, 2024    $22,500.00

    g. November 14, 2024    $23,840.90

    h. November 21, 2024    $24,738.90.

6. Upon receipt of Allen's October 3, 2024, electronic payment, Ford sent a letter dated October 3, 2024, to Allen informing Allen that the loan had been paid-in-full. After sending the letter, Ford discovered that Allen used his social security number as the account number, thus Ford was unable to locate an account and/or no account existed.

7. On or around October 18, 2024, in reliance upon Allen's tender of a falsified electronic payment, Ford's lien was released and the title was issued to Allen.

8. All of the electronic payments identified in paragraph 5 a-h above were returned as non-negotiable payments as Ford was unable to locate his account and/or no account existed.

9. On October 22, 2024, Ford informed Allen that his October 18, 2024 electronic payment in the amount of $21,796.00 was returned as unable to locate account. Ford informed Allen that his obligation to make monthly payments or pay the balance in full remained in effect. Attached as **Exhibit D** is a true and correct copy of the letter from Ford to Allen.

DECLARATION OF JEREMY DILL IN SUPPORT OF FORD MOTOR CREDIT COMPANY'S
MOTION FOR PARTIAL SUMMARY JUDGMENT - 3

10. On December 2, 2024, Ford informed Allen that his payment in the amount of $22,000 was not honored. Further, he was informed that the paid-in-full documents should not have been sent to him. All terms and conditions of his contract, including his payment obligations, remained in full force and effect. Further, Ford retained a security interest in the Vehicle until the balance is paid in full. Attached as **Exhibit E** is a true and correct letter from Ford to Allen rescinding any release of the payment obligations and security interest.

11. On December 3, 2024, Allen signed an Extension modifying the Contract. Mr. Allen agreed to pay an extension fee of $25.00 in exchange for Ford's agreement to extend the due dates for his October 16, 2024 payment and November 16, 2024 payment. Attached as **Exhibit F** is a true and correct copy of the Extension signed by Mr. Allen. Ford did not receive any payments from Mr. Allen subsequent to him signing the Extension on December 3, 2024.

12. Ford did not receive any funds from the electronic payments identified in paragraph 5 a-h above. Ford has never been paid the remaining balance of the Contract in the amount of $18,906.80 plus accruing interest, costs, and attorney fees.

13. Allen continues to retain the vehicle securing the loan.

**Pursuant to 28 U.S.C. §1746, I declare, certify, verify, or state under penalty of perjury under the laws of the United States that the foregoing is true and correct.**

DATED  Feb-06-2026

DocuSigned by:
Jeremy Dill
032A33DBEE804F5...
Jeremy Dill
COM of Network Operations for Ford Motor Credit Company LLC in Recovery

DECLARATION OF JEREMY DILL IN SUPPORT OF FORD MOTOR CREDIT COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT - 4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of February, 2026, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following individuals:

| | |
|---|---|
| Charles Henry Carpenter | carpentc@carpenterlawfirmplc.com |
| Elizabeth Corey | Elizabeth.corey@troutman.com |
| Brad P. Miller | bmiller@hawleytroxell.com |
| Jean Schroeder | jschroeder@hawleytroxell.com |
| Nermy J. Winner | nermy.winner@qslwm.com |
| Michael John Archibald | marchibald@m2law.net |
| Meredith L. Thielbahr | mthielbahr@grsm.com |

In addition, I caused to be served a true copy of this document via U.S. Mail to the following:

Jason Henry Allen, *Plaintiff pro se*
2600 E. Seltice Way #235
Post Falls, ID 83854

>                  */s/ Erica J. White*
>                  Jed W. Manwaring
>                  Erica J. White

DECLARATION OF JEREMY DILL IN SUPPORT OF FORD MOTOR CREDIT COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT - 5