# EXHIBIT B

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

| Payable through: | **CERTIFIED FUNDS** | UST | 15-51 / 000 | No. 711202406 |
|---|---|---|---|---|
| Jason Henry Allen<br>Done in good faith<br>2600 E Seltice Way<br>Post Falls, Idaho [83854] | Remit at Par | 1500 PENNSYLVANIA<br>AVENUE N.W.<br>WASHINGTON, D.C. 20220 | | Date: 07/15/2024 |

Pay to the Order of: **Ford Motor Credit LLC**          $ *** 22,450.00

Twenty Two Thousand Four Hundred Fifty Dollars 00/100 ***************************************** Dollars 🔒

Memo: Account # 5920█████ VIN # 1FM5K8GC4LGA06339

_____        Authorized Representative for the Beneficiary
                                             Exemption 6█████3

Reference: Prepaid personal item; exchange acknowledgment,
This draft is an offer of tender and discharges the obligation per U.C.C. §§ 1-103, 1-104, 3-603(a)(b), HJR 192 of June 5, 1933.& Public Law 73-10

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈711202406⑈ ⑆051736158⑆ 617170683⑈

---

**Fiduciary Collector:**

## MEMORANDUM

***** This Note MUST be Processed/Deposited as a Negotiable Instrument *****

This Note is a Secured Transferable Negotiable Instrument meeting all requirements of U.C.C. - Article 3, as a Money Order. This Note, credit agreements, bills of exchange and checks are defined as legal tender, or money, by the statutes such as 12 USC 1813(l)(1), U.C.C. §1-201(24), §3-104, §8-102(9), §9-102(9), (11), (12) b, (49), (64).

Post the uncollected funds into the asset column of this account and charge the offer and acceptance for settlement; prepaid and exempt when entered in the post-closing Balance.

This statement constitutes Maker's order to pay this instrument upon presentment and endorsement, As an operation of law, Payee tacitly consents and agrees that there is accord and satisfaction by use of this instrument to satisfy Payee's claim and Maker is hereby discharged from liability on this alleged account and the obligation is suspended in accordance with law as codified at U.C.C. §§ 3-310(b), 3-311, 3-603, HJR 192 of June 5, 1933.& Public Law 73-10

Maker does not waive timeliness. However, if Payee needs additional time, Payee must present Maker with a written request for additional time within a reasonable time, setting forth the reason Payee requests an extension of time, with good cause shown. The acceptability of any such request received by Maker from Payee is conditional upon approval by Maker.

### § 3-311. ACCORD AND SATISFACTION BY USE OF INSTRUMENT.

This instrument is tendered as full satisfaction of the claim. In the event this instrument is not presented for payment within a reasonable period of time, and there has been no request for an extension of time with good cause shown, Payee tacitly consents and agrees that Maker has satisfied/discharged the debt claim re. this alleged account. Payee tacitly consents and agrees that Payee has a duty to prevent this debt claim/monetary obligation from damaging Maker in any way, and that Payee confesses judgment and Maker reserves the right to initiate a counterclaim against Payee, and file a claim against the bond any responsible party, including Payee and all principals, agents, and assignee of Payee, whose acts/omissions result in tort damages against Maker.

**Should This Note be dishonored and/or not be honored, this letter is further presentment and serving as a NOTICE OF DISHONOR in accord with U.C.C.- Article 3, §3-503: "NOTICE OF DISHONOR"**

For questions regarding this draft, contact maker by written correspondence:

Allen: Jason-Henry 2600 E Seltice Way Post Falls, Idaho [83854]



# Ford Credit

Statement Date
**06/26/2024**

JASON ALLEN
2600 E SELTICE WAY
APARTMENT 235
POST FALLS, ID 83854

## Your Amounts Due

| Date | Description | Amount |
|---|---|---|
| 07/16/2024 | Payment Due | $898.00 |

**Account Number:**
5920■■■7

2020 FORD EXPLR

**Total Amount Due** $898.00
Due Date 07/16/2024

*If payment received after 07/26/2024, please pay $942.90*

**VIN:**
1FM5K8GC4LGA06339

**Payoff Amount:**
$22,450.00
Good Thru: 07/16/2024

**Final Payment Date:**
07/16/2026

## Your Transactions Since Last Statement

| Date | Description | Amount |
|---|---|---|
| 06/16/2024 | Payment Received - Thank you! | $898.00 |
|  | Principal | $898.00 |

Payments received after statement date are not reflected.

*For presentation to the United States Treasury, for redemption or in exchange for securities of a new issue, in accordance with written instructions submitted by [signature: Jason Henry Allen] WITHOUT RECOURSE*

We're here to help.



**Call**
1-800-727-7000

Mon-Fri 7am - 7pm CT
Sat 7am - 3pm CT



**Online**
ford.com/finance

See below for payment methods and important credit dispute information.