# EXHIBIT C

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

Payable through:

Jason Henry Allen
Done in good faith
2600 E Seltice Way
Post Falls, Idaho [83854]

**CERTIFIED FUNDS**

Remit at Par

UST
1500 PENNSYLVANIA
AVENUE N.W.
WASHINGTON, D.C. 20220

15-51 / 000

No. 711202416

Date: 08/01/2024

Pay to the Order of: Ford Motor Credit

$ **** 21,552.00

Twenty One Thousand Five Hundred Fifty Two 00/100 ************************************************ Dollars

Memo: Account number 5920▮▮▮▮

By: [signature] Jason Henry Allen

Authorized Representative for the Beneficiary
Exemption ▮▮▮▮

Reference: Prepaid personal item; exchange acknowledgment,
This draft is an offer of tender and discharges the obligation per U.C.C. §§ 1-103, 1-104, 3-603(a)(b), HJR 192 of June 5, 1933.& Public Law 73-10

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈711202416⑈ ⑆520907065⑆ 617170683⑈

*Listed below are the security features provided on this document which meet and/or exceed industry guidelines.*

**Security Features:**
- Micro-Printing
- Watermark
- Colored Background

**Results of check alteration:**
- Small type in border of check and endorsement area appears blurred if copied or scanned.
- Artificial watermark on back. Hold at an angle to view.
- Void copy protection.

ENDORSE CHECK HERE
X

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

08/13/2024 481505 000002 000005 ADCK128 000076