# EXHIBIT D


## Credit

**Customer Relations**
PO Box 35910
Cleveland OH 44135-0910

October 22, 2024

Jason Allen
Unit 235
2600 East Seltice Way
Post Falls ID 83854

Received 10/24/2024 11:54:58 AM

Re: Ford Credit Account – 5920█████7

Dear Mr. Allen:

I am writing in response to your letter addressed to Ms. Eliane Okamura, Chief Financial Officer, Treasurer and Executive Vice President, Strategy - Ford Credit, received in our office on September 23, 2024.

Ford Credit declines to respond point-by-point to your request, we disagree with and deny all allegations. The form of payment you had submitted to us was a non-negotiable instrument due to the restrictive endorsement located at the bottom of the check.

On October 18, 2024, a single payment in the amount of $21,796.00 was submitted via Account Manager (Ford Credit's online system). Based on our research, that payment was scheduled using your Social Security Number and will be returned as unable to locate account.

Your obligation to make your monthly payments or pay the balance in full, remains in effect. If you have any questions, please contact Ford Credit's Customer Service Center (CSC) at (800) 727-7000 Monday - Friday from 7:00 a.m. – 7:00 p.m. CST and Saturday from 7:00 a.m. – 3:00 p.m. CST.

Sincerely,

Jessica
Executive Analyst – Ford Credit