# EXHIBIT F

 **Credit**

**Ford Motor Credit Company**
P.O. Box 35905
Cleveland, OH 44135
1-866-466-6310

Date: 12/03/2024

Customer Name and Address
JASON ALLEN
2600 E SELTICE WAY
APARTMENT 235
POST FALLS ID 83854

Account Number: 5920▮

Dear Customer:

Below are the terms of your payment extension or due date change ("Extension"). Please read these terms carefully.

**ACTION REQUIRED!**

We must receive your signature and the co-buyer's signature (if applicable) on this Extension form before the payment extension (payment deferral) or due date change will be processed.

You requested a payment extension (deferral) or due date change on your Account for the scheduled due dates listed below:

The scheduled due dates and amounts extended:

| | |
|---|---|
| 10/16/2024 | $898.00 |
| 11/16/2024 | $898.00 |

Your next scheduled payment of $898.00 will be due on 12/16/2024. This amount may not include outstanding extension fees or late charges on your Account.

Your Last Scheduled Payment Due Date will be: 09/16/2026

**By signing below, you agree to the terms of this Extension and to pay an extension fee of $25.00,** which will appear on your next invoice. Although any assessed fee will be included in the "Total Amount Due," fees may be paid at any time prior to the end of your Contract.

This Extension modifies your Retail Installment Contract (together with any amendments, your "Contract") for the Account Number referenced above. You agree that the scheduled payment(s) listed above will move forward in time the same period of time that the scheduled due dates are extended, so that the extended payments may be paid later than originally contemplated under your Contract. If your last scheduled payment is a balloon payment, as indicated on the front of your Contract, the balloon payment will move forward in time. The Last Scheduled Payment Due Date has been adjusted accordingly, as reflected above. The terms of your Contract, except as modified by this Extension, remain in full force and effect.



7147-51-SI FC Nov 2022

This Extension does not defer any finance charges on any payments you have not made. The Extension only modifies your obligation to make certain payments on specific dates. The next payment you make will be applied first to the earned and unpaid finance charges on the unpaid Amount Financed and the remainder, if any, will be applied to other amounts you owe under your Contract, such as the Amount Financed or fees. Because of this Extension, even if you make all remaining payments as scheduled, the unpaid Amount Financed may not be reduced as rapidly as it would have under your original payment schedule. This may result in you owing more finance charges over the term of your Contract, and potentially having a larger final payment due, than originally disclosed, if you signed a Contract with an Annual Percentage Rate greater than 0%.

Monthly invoices will disclose the payoff amount on your Account, so you can track how much you owe. You will be invoiced for the last scheduled payment prior to the Last Scheduled Payment Due Date. The final invoiced amount may be higher than the normal monthly payment amount depending on your payment patterns during the term of the Contract, or due to extensions granted during the life of the Contract. If you cannot pay the final payment in full by the due date, contact us for options for satisfying the remaining balance. If your last scheduled payment is a balloon payment, as indicated on the front of your Contract, your Contract provides you the options for handling the balloon payment.

Please note, if your account is or becomes 30 or more days past due before we receive and process this signed Extension, your account may be reported as delinquent to the Credit Reporting Agencies.

If you are enrolled in automatic payments with us, the Extension must be processed by 9:00 p.m. Eastern Time at least two business days before a scheduled payment to prevent the scheduled payment from processing. If the extension is processed less than two business days before the scheduled payment, that payment will be withdrawn from your bank account. Any extension fee assessed will be paid with your next scheduled automatic payment, as displayed on the Total Amount Due that appears on your invoice. To unenroll from automatic payments, please log in to Account Manager to do so, or contact us for assistance.

You understand that this Extension does not extend coverage of any insurance products, service contracts or other ancillary products that you may have purchased when you signed your Contract. You assume full responsibility for addressing any impact of the Extension to those products. Please carefully review the materials you received when you signed your Contract.

If you agree to the terms of this Extension, please sign below, keep a copy of this document for your records, and then return it to us. Please allow three business days from our receipt of the completed form for processing.

|  | FORD MOTOR CREDIT COMPANY |
|---|---|
| Signed by: *Jason Allen, Agent WithoutRecourse* 2ED85145BA2747F... | |
| Buyer | Co-Buyer |
| JASON ALLEN | N/A |



7147-51-SI FC Nov 2022

**DocuSign**

## Certificate Of Completion

Envelope Id: 5FCF2021EF0D49F3AEDBFCA527EF41F7  
Subject: Please Sign Your Extension Agreement  
Source Envelope:  
Document Pages: 2  Signatures: 1  
Certificate Pages: 8  Initials: 0  
AutoNav: Enabled  
EnvelopeId Stamping: Enabled  
Time Zone: (UTC-05:00) Eastern Time (US & Canada)

Status: Completed

Envelope Originator:  
Ford Credit  
1 American Rd  
Dearborn, MI 48126-2701

IP Address: 19.12.93.169

## Record Tracking

Status: Original  
    12/3/2024 4:13:52 PM  
Security Appliance Status: Connected

Holder: Ford Credit

Pool: Ford Security Pool-Active 2019 Servers

Location: DocuSign

| Signer Events | Signature | Timestamp |
|---|---|---|
| Jason Allen, Agent WithoutRecourse<br><br>Security Level:<br>.None<br>ID: 315c4782-d8ce-4d63-99cc-0ffad21c6090<br>12/3/2024 4:13:54 PM<br><br>**Electronic Record and Signature Disclosure:**<br>Accepted: 12/3/2024 4:14:08 PM<br>ID: a0bf2493-e1aa-4d24-86f8-300c22b5ada5 | Signed by:<br>*Jason Allen, Agent WithoutRecourse*<br>2ED851459A2747F<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 174.231.130.129<br>Signed using mobile | Sent: 12/3/2024 4:13:53 PM<br>Viewed: 12/3/2024 4:14:08 PM<br>Signed: 12/3/2024 4:16:23 PM |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 12/3/2024 4:13:53 PM |
| Certified Delivered | Security Checked | 12/3/2024 4:14:08 PM |
| Signing Complete | Security Checked | 12/3/2024 4:16:23 PM |
| Completed | Security Checked | 12/3/2024 4:16:23 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**