# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

JASON HENRY ALLEN

Plaintiff, In Pro Se
v.
EXPERIAN INFORMATION
SOLUTIONS, INC.;

EQUIFAX INFORMATION SERVICES
LLC;

TRANS UNION LLC;

FORD MOTOR CREDIT COMPANY
LLC;

M2 LAW GROUP P.C.;

MICHAEL J. ARCHIBALD;

Defendants

Case No.: 2:25-CV-00404-BLW

**PLAINTIFF'S MOTION TO DISREGARD THE M2 DEFENDANTS' UNTIMELY OPPOSITION [DKT. 83] (Dist. Idaho Loc. Civ. R. 7.1(f)(1); Fed. R. Civ. P. 6(b)(1))**

U.S. COURTS

JUN 15 2026

Counter
Rcvd_____ Filed_____ Time 9:35 AM
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

**PLAINTIFF'S MOTION TO DISREGARD THE M2 DEFENDANTS' UNTIMELY**

**OPPOSITION [DKT. 83] (DIST. IDAHO LOC. CIV. R. 7.1(F)(1);**

**FED. R. CIV. P. 6(B)(1))**

Plaintiff Jason Henry Allen, appearing Pro Se, moves the Court for an order disregarding the

opposition filed by Defendants M2 Law Group PC and Michael J. Archibald (the "M2

Defendants") at Dkt. 83, and deeming the M2 Defendants' failure to timely respond to Plaintiff's

Motion for Reconsideration (Dkt. 79) a consent to the granting of that Motion as to the M2

Defendants, pursuant to District of Idaho Local Civil Rules 7.1(f)(1) and 6.1 and Federal Rule of

Civil Procedure 6(b)(1).

1

The grounds for this Motion are set forth in the accompanying Brief in Support. In summary: the Motion for Reconsideration was filed and served through the Court's CM/ECF system on May 14, 2026 (Dkt. 79); under Local Civil Rule 7.1(c)(1) a response was due within twenty-one (21) days after service, on June 4, 2026 (Rule 6(d)'s three-day extension does not apply to electronic service made through the Court's CM/ECF system under Rule 5(b)(2)(E)); the M2 Defendants filed their opposition on June 5, 2026, one day after the deadline; and the M2 Defendants have neither requested an extension of time nor moved for leave upon a showing of excusable neglect as Federal Rule of Civil Procedure 6(b)(1)(B) requires.

In the alternative, should the Court elect to consider the untimely opposition on its merits, Plaintiff respectfully requests that the Court grant the Motion for Reconsideration as to the M2 Defendants for the reasons stated in Plaintiff's Reply, filed concurrently herewith.

This Motion is supported by the accompanying Brief in Support, the pleadings and papers on file in this action, and such other matters as the Court may properly consider.

DATED this 15th day of June, 2026.

Respectfully submitted,

/s/ By:___Jason Henry Allen__

Jason Henry Allen
Plaintiff, Pro Se
2600 East Seltice Way #235
Post Falls, Idaho 83854
(323) 377-5620
alistor3717@gmail.com

2

## CERTIFICATE OF SERVICE

I certify that on the 15th day of June, 2026, I filed and/or served a true and correct copy of the foregoing upon all counsel of record via the Court's CM/ECF system and/or U.S. Mail, in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court, including the following:

**Experian Information Solutions, Inc.**
Meredith L. Thielbahr
Gordon Rees Scully Mansukhani LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Email: mthielbahr@grsm.com
**Equifax Information Services LLC**
Charles H. Carpenter
Carpenter Law Firm, PLLC
210 N. Higgins Ave., Suite 336
Missoula, MT 59802
Email: carpentc@carpenterlawfirmpllc.com
**Trans Union LLC**
Brad P. Miller
Hawley Troxell Ennis & Hawley LLP
877 W. Main Street, Suite 1000
Boise, ID 83702
Email: bmiller@hawleytroxell.com
**Jean E. Schroeder**
Hawley Troxell Ennis & Hawley LLP
877 W. Main Street, Suite 1000
Boise, ID 83702
Email: jschroeder@hawleytroxell.com
**Nermy J. Winner**
Quilling Selander Lownds Winslett Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN 46290
Email: nwinner@qslwm.com
**Ford Motor Credit Company LLC**
Erica J. White
Elam & Burke, P.A.
251 E. Front Street, Suite 300
Boise, ID 83702
Email: ejw@elamburke.com
**Jed W. Manwaring**
Elam & Burke, P.A.
251 E. Front Street, Suite 300
Boise, ID 83702
Email: jwm@elamburke.com

3

**M2 Law Group P.C. and Michael J. Archibald**
Michael J. Archibald
M2 Law Group, P.C.
P.O. Box 330
Meridian, ID 83680
Email: marchibald@m2law.net

/s/ By:___Jason Henry Allen__

Jason Henry Allen

4

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

JASON HENRY ALLEN

Plaintiff, Pro Se
v.
EXPERIAN INFORMATION
SOLUTIONS, INC.;

EQUIFAX INFORMATION SERVICES
LLC;

TRANS UNION LLC;

FORD MOTOR CREDIT COMPANY
LLC;

M2 LAW GROUP P.C.;

MICHAEL J. ARCHIBALD;

Defendants

Case No.: 2:25-CV-00404-BLW

**BRIEF IN SUPPORT OF PLAINTIFF'S
MOTION TO DISREGARD THE M2
DEFENDANTS' UNTIMELY
OPPOSITION [DKT. 83]**

## U.S. COURTS

JUN 15 2026

Counter
Rcvd_____ Filed_____ Time 9:35AM
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

**BRIEF IN SUPPORT OF PLAINTIFF'S MOTION TO DISREGARD THE M2**

**DEFENDANTS' UNTIMELY OPPOSITION [DKT. 83]**

## I. INTRODUCTION

The M2 Defendants' opposition to Plaintiff's Motion for Reconsideration (Dkt. 79) was due June 4, 2026. They filed it on June 5, 2026 (Dkt. 83), and at no time — before or after the deadline — have they requested an extension, moved for leave, or offered any showing of excusable neglect. The Federal Rules and this District's Local Rules prescribe both the procedure a late-filing party must follow and the consequence when that procedure is not followed. Plaintiff respectfully asks the Court to apply them.

## II. FACTUAL BACKGROUND

*i*

Plaintiff filed and served his Motion for Reconsideration of the Order at Dkt. 78 on May 14, 2026, through the Court's CM/ECF system. Dkt. 79. Under District of Idaho Local Civil Rule 7.1(c)(1), the responding party "must serve and file a response brief, not to exceed twenty (20) pages, within twenty-one (21) days after service upon the party of the memorandum of points and authorities of the moving party." Twenty-one days after May 14, 2026 was Thursday, June 4, 2026. Because the Motion was served through the Court's CM/ECF system — electronic service under Rule 5(b)(2)(E) — Rule 6(d)'s three-day extension does not apply; by its terms that extension reaches only service under Rule 5(b)(2)(C), (D), and (F). The CRA Defendants filed their opposition on that date. Dkt. 82. The M2 Defendants filed their opposition the following day, June 5, 2026. Dkt. 83. The M2 Defendants have not requested an extension of the response deadline, either before or after its expiration.

## III.  ARGUMENT

### A.  A party that misses a deadline must seek relief from the Court. The M2 Defendants have not.

Federal Rule of Civil Procedure 6(b)(1) provides: "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect." The M2 Defendants took neither path. They made no request before June 4, and they have made no motion since. This District's Local Rules are to the same effect for motion-briefing deadlines: "All requests to extend briefing periods or to vacate or reschedule motion hearing dates must be in writing and state the specific reason(s) for the requested time extension. Such requests will be granted only upon a showing of good cause." Dist. Idaho Loc. Civ. R. 6.1(a).

The basis for this Motion is not the length of the delay. A single day, promptly and properly excused, might warrant no comment. The basis is that the Rules prescribe a procedure for relief from a missed deadline, the burden of invoking that procedure rests with the party that missed it, and that burden has not been carried. The deadline was plainly knowable: the CRA Defendants, responding to the same motion served the same day, filed on June 4. Dkt. 82.

**B.  Local Civil Rule 7.1(f)(1) supplies the consequence.**

Local Civil Rule 7.1(f)(1) provides that "if an adverse party fails to timely file any response documents required to be filed under this rule, such failure may be deemed to constitute a consent to the sustaining of said pleading or the granting of said motion or other application." The rule's summary-judgment exception does not apply here: the underlying Motion arises under Federal Rule of Civil Procedure 54(b), not Rule 56. See Dist. Idaho Loc. Civ. R. 7.1(f)(2). The Court may accordingly disregard the untimely opposition and deem the Motion for Reconsideration unopposed by the M2 Defendants. Plaintiff seeks no expenses or other sanction available under the rule — only that the deadline be given effect.

## IV.  CONCLUSION

Plaintiff respectfully requests that the Court disregard the M2 Defendants' untimely opposition (Dkt. 83) and deem their failure to timely respond a consent to the granting of the Motion for Reconsideration (Dkt. 79) as to the M2 Defendants, pursuant to Local Civil Rule 7.1(f)(1). In the alternative, Plaintiff requests that the Court grant the Motion for Reconsideration as to the M2 Defendants on the merits, for the reasons stated in Plaintiff's Reply filed concurrently herewith, and grant such other relief as the Court deems just.

DATED this 15th day of June, 2026.

Respectfully submitted,

/s/ By:\_\_\_Jason Henry Allen\_\_

Jason Henry Allen
Plaintiff, Pro Se
2600 East Seltice Way #235
Post Falls, Idaho 83854
(323) 377-5620
alistor3717@gmail.com

## CERTIFICATE OF SERVICE

I certify that on the 15th day of June, 2026, I filed and/or served a true and correct copy of the foregoing upon all counsel of record via the Court's CM/ECF system and/or U.S. Mail, in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court, including the following:

**Experian Information Solutions, Inc.**
Meredith L. Thielbahr
Gordon Rees Scully Mansukhani LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Email: mthielbahr@grsm.com
**Equifax Information Services LLC**
Charles H. Carpenter
Carpenter Law Firm, PLLC
210 N. Higgins Ave., Suite 336
Missoula, MT 59802
Email: carpentc@carpenterlawfirmpllc.com
**Trans Union LLC**
Brad P. Miller
Hawley Troxell Ennis & Hawley LLP
877 W. Main Street, Suite 1000
Boise, ID 83702
Email: bmiller@hawleytroxell.com
**Jean E. Schroeder**
Hawley Troxell Ennis & Hawley LLP
877 W. Main Street, Suite 1000
Boise, ID 83702
Email: jschroeder@hawleytroxell.com
**Nermy J. Winner**
Quilling Selander Lownds Winslett Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN 46290
Email: nwinner@qslwm.com
**Ford Motor Credit Company LLC**
Erica J. White
Elam & Burke, P.A.
251 E. Front Street, Suite 300
Boise, ID 83702
Email: ejw@elamburke.com
**Jed W. Manwaring**
Elam & Burke, P.A.
251 E. Front Street, Suite 300
Boise, ID 83702
Email: jwm@elamburke.com

**M2 Law Group P.C. and Michael J. Archibald**
Michael J. Archibald
M2 Law Group, P.C.
P.O. Box 330
Meridian, ID 83680
Email: marchibald@m2law.net

/s/ By:\_\_\_Jason Henry Allen\_\_

Jason Henry Allen