U.S. COURTS

JUN 30 2026

Rcvd_____Filed_____Time 9:30 AM

STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JASON HENRY ALLEN<br><br>Plaintiff, Pro Se<br>v.<br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br><br>EQUIFAX INFORMATION SERVICES LLC;<br><br>TRANS UNION LLC;<br><br>FORD MOTOR CREDIT COMPANY LLC;<br><br>Defendants | Case No.: 2:25-CV-00404-BLW<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT [FILED IN CONNECTION WITH PLAINTIFF'S PENDING MOTION FOR RECONSIDERATION, DKT. 79]** |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT [FILED IN CONNECTION WITH PLAINTIFF'S PENDING MOTION FOR RECONSIDERATION, DKT. 79]

Plaintiff Jason Henry Allen, appearing pro se, respectfully moves the Court under Federal Rule of Civil Procedure 15(a)(2) and District of Idaho Local Civil Rule 15.1 for leave to file the [Proposed] Third Amended Complaint attached as Exhibit 1 (clean copy) and Exhibit 2 (a redline showing all changes from the Second Amended Complaint, Dkt. 51).

Procedural authority. Federal Rule of Civil Procedure 15(a)(2) provides that a party may amend with the court's leave and that the court "should freely give leave when justice so requires." No final judgment under Rule 58 has been entered in this action. Because no judgment has been entered, Rule 15(a)(2) supplies the governing standard, and a proposed amended pleading is

1

properly presented to the Court by motion, accompanied by a clean copy and a redline as District of Idaho Local Civil Rule 15.1 requires. *See Lindauer v. Rogers*, 91 F.3d 1355, 1357 (9th Cir. 1996) ("once judgment has been entered in a case, a motion to amend the complaint can only be entertained if the judgment is first reopened under a motion brought under Rule 59 or 60"). Plaintiff brings this motion in that posture and in connection with his pending Motion for Reconsideration (Dkt. 79).

The proposed Third Amended Complaint identifies information alleged to be inaccurate within a single bureau's own report — including an account reported as both charged off and current, and figures reported as internally inconsistent with one another — pleads the concrete injury of a mortgage-credit denial, and, as to Defendant Ford Motor Credit Company LLC, alleges additional facts supporting Plaintiff's existing claim under 15 U.S.C. § 1681s-2(b) for failure to conduct a reasonable investigation after notice of dispute.

This motion is filed in connection with, and in further support of, Plaintiff's pending Motion for Reconsideration of the Order at Dkt. 78 (Dkt. 79). The proposed pleading is submitted so that the Court may evaluate, on the present record, whether the deficiency identified in Dkts. 50 and 78 is curable. To the extent the Court grants reconsideration and vacates the dismissal of the claims against the Defendants, Plaintiff requests leave to file the attached Third Amended Complaint.

The grounds for this motion are set forth in the accompanying Memorandum in Support and the attached exhibits. As shown there, the amendment is the procedurally proper vehicle under Rule 15(a)(2), is targeted and non-futile, would prejudice no party, and is warranted by existing law.

DATED this 30th day of June, 2026.

2

/s/ Jason Henry Allen

Jason Henry Allen, Plaintiff, Pro Se

2600 E. Seltice Way #235, Post Falls, ID 83854

(323) 377-5620 | Jason.Alistor@gmail.com

## CERTIFICATE OF SERVICE

I certify that on June 30th, 2026, a true and correct copy of the foregoing will be served via email, the Court's CM/ECF system, and/or first-class mail, postage prepaid, to the appropriate parties including but not limited to the following:

**Experian Information Solutions, Inc.**
Meredith L. Thielbahr
Gordon Rees Scully Mansukhani LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Tel: (206) 695-5100
Email: mthielbahr@grsm.com

**Equifax Information Services LLC**
Charles H. Carpenter
Carpenter Law Firm, PLLC
210 N. Higgins Ave., Suite 336
Missoula, MT 59802
Tel: (406) 549-3171
Email: carpentc@carpenterlawfirmpllc.com

**Trans Union LLC**
Brad P. Miller
Hawley Troxell Ennis & Hawley LLP
877 W. Main Street, Suite 1000
Boise, ID 83702
Tel: (208) 344-6000
Email: bmiller@hawleytroxell.com

Jean E. Schroeder
Hawley Troxell Ennis & Hawley LLP
877 W. Main Street, Suite 1000
Boise, ID 83702
Tel: (208) 344-6000
Email: jschroeder@hawleytroxell.com

Nermy J. Winner
Quilling Selander Lownds Winslett Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
Tel: (214) 871-2100
Email: nwinner@qslwm.com


**Ford Motor Credit Company LLC**
Erica J. White
Elam & Burke, P.A.
251 E. Front Street, Suite 300
Boise, ID 83702
Tel: (208) 343-5454
Email: ejw@elamburke.com

Jed W. Manwaring
Elam & Burke, P.A.
251 E. Front Street, Suite 300
Boise, ID 83702
Tel: (208) 343-5454
Email: jwm@elamburke.com


/s/ Jason Henry Allen