# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JASON HENRY ALLEN <br><br> Plaintiff, Pro Se <br> v. <br> EXPERIAN INFORMATION SOLUTIONS, INC.; <br><br> EQUIFAX INFORMATION SERVICES LLC; <br><br> TRANS UNION LLC; <br><br> FORD MOTOR CREDIT COMPANY LLC; <br><br> Defendants | Case No.: 2:25-CV-00404-BLW <br><br> [PROPOSED] ORDER GRANTING <br><br> PLAINTIFF'S MOTION FOR LEAVE TO <br><br> FILE THIRD AMENDED COMPLAINT |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

Before the Court is Plaintiff's Motion for Leave to File a Third Amended Complaint (Dkt. ___).

The Court has considered the Motion, the Memorandum in Support, the proposed Third Amended Complaint, and the record in this matter. Good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File a Third Amended Complaint is GRANTED. Plaintiff shall file the Third Amended Complaint, in the form attached as Exhibit 1 to the Motion, within ten (10) days of the date of this Order.

IT IS SO ORDERED.


DATED: _____

B. Lynn Winmill
United States District Judge