# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JASON HENRY ALLEN<br><br>Plaintiff, In Propria Persona<br>v.<br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br><br>EQUIFAX INFORMATION SERVICES LLC;<br><br>TRANS UNION LLC;<br><br>FORD MOTOR CREDIT COMPANY LLC;<br><br>M2 LAW GROUP P.C.;<br><br>MICHAEL J. ARCHIBALD;<br><br>Defendants | Case No.: 2:25-CV-00404-BLW<br><br>**STIPULATED MOTION FOR PARTIAL WITHDRAWAL OF PLAINTIFF'S MOTION FOR RECONSIDERATION (DKT. 79) AND WITHDRAWAL OF PLAINTIFF'S MOTION AT DKT. 84** |

**STIPULATED MOTION FOR PARTIAL WITHDRAWAL OF PLAINTIFF'S MOTION**

**FOR RECONSIDERATION (DKT. 79) AND WITHDRAWAL OF PLAINTIFF'S**

**MOTION AT DKT. 84**

Plaintiff Jason Henry Allen ("Plaintiff") and Defendants M2 Law Group P.C. and Michael J. Archibald (together, the "M2 Defendants"), by and through the undersigned, hereby stipulate and jointly move the Court as follows:

1. Plaintiff and the M2 Defendants have fully resolved all claims between them by written settlement, on a mutual walk-away basis, with each party to bear its own costs and attorney fees.

2. Plaintiff hereby WITHDRAWS his Motion for Reconsideration (Dkt. 79) solely insofar as it seeks reconsideration of the dismissal of Plaintiff's claims against the M2 Defendants (Dkt. 78).

The Motion for Reconsideration remains pending, and is unaffected, as to Defendants Experian Information Solutions, Inc., Equifax Information Services LLC, and Trans Union LLC (the "CRA Defendants").

3. Plaintiff hereby WITHDRAWS in its entirety his motion at Dkt. 84, directed at the M2 Defendants' opposition (Dkt. 83), as moot. The parties respectfully submit that no further action is required on Dkt. 83 or Dkt. 84.

4. Nothing in this stipulated motion affects Plaintiff's claims, motions, or rights as to any other party, including the pending Motion for Reconsideration as to the CRA Defendants (Dkt. 79), Plaintiff's Motion for Leave to File Third Amended Complaint (Dkt. 87), or Plaintiff's claims against Ford Motor Credit Company LLC.

5. The parties stipulate that the Court may enter an order consistent with this stipulation, including that, as between Plaintiff and the M2 Defendants, each party shall bear its own costs and attorney fees. A proposed order accompanies this stipulated motion.

DATED this 7th day of July, 2026.

By: _____
Jason Henry Allen
Plaintiff, pro se

DATED this 7th day of July, 2026.

M2 LAW GROUP P.C.

By: _____
Michael J. Archibald
Its: owner

DATED this 7th day of July, 2026.

_____
MICHAEL J. ARCHIBALD, individually

# CERTIFICATE OF SERVICE

I certify that on  *7 – 8* _____, 2026, I caused a true and correct copy of the foregoing to be

served by CM/ECF or by U.S. first-class mail, postage prepaid, on the following:

**Experian Information Solutions, Inc.**
Meredith L. Thielbahr
Gordon Rees Scully Mansukhani LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Tel: (206) 695-5100
Email: mthielbahr@grsm.com

**Equifax Information Services LLC**
Charles H. Carpenter
Carpenter Law Firm, PLLC
210 N. Higgins Ave., Suite 336
Missoula, MT 59802
Tel: (406) 549-3171
Email: carpentc@carpenterlawfirmpllc.com

**Trans Union LLC**
Brad P. Miller
Hawley Troxell Ennis & Hawley LLP
877 W. Main Street, Suite 1000
Boise, ID 83702
Tel: (208) 344-6000
Email: bmiller@hawleytroxell.com

Jean E. Schroeder
Hawley Troxell Ennis & Hawley LLP
877 W. Main Street, Suite 1000
Boise, ID 83702
Tel: (208) 344-6000
Email: jschroeder@hawleytroxell.com

Nermy J. Winner
Quilling Selander Lownds Winslett Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201

Tel: (214) 871-2100
Email: nwinner@qslwm.com

---

**Ford Motor Credit Company LLC**
Erica J. White
Elam & Burke, P.A.
251 E. Front Street, Suite 300
Boise, ID 83702
Tel: (208) 343-5454
Email: ejw@elamburke.com

Jed W. Manwaring
Elam & Burke, P.A.
251 E. Front Street, Suite 300
Boise, ID 83702
Tel: (208) 343-5454
Email: jwm@elamburke.com

---

**M2 Law Group, P.C. / Howell & Vail LLP / Michael J. Archibald**
Michael J. Archibald
M2 Law Group, P.C.
P.O. Box 330
Meridian, ID 83680
Tel: (208) 887-9911
Email: marchibald@m2law.net

/s/ Jason Henry Allen