UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JASON HENRY ALLEN, | Case No. 2:25-cv-00404-BLW |
| Plaintiff, | **ORDER** |
| v. | |
| EXPERIANINFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC; FORD MOTOR CREDIT COMPANY LLC; M2 LAW GROUP P.C.; HOWELL & VAIL LLP; MICHAEL J. ARCHIBALD; and LISSETTE M. CARRERAS, | |
| Defendants. | |

Before the Court is the Stipulated Motion for Partial Withdrawal (Dkt. 89), filed jointly by Plaintiff Jason Henry Allen and Defendants M2 Law Group P.C. and Michael J. Archibald (the "M2 Defendants"), advising that Plaintiff and the M2 Defendants have resolved all claims between them by settlement, with each party to bear its own costs and attorney fees.

Pursuant to the parties' stipulated motion, and good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff Jason Henry Allen and the "M2 Defendants' Stipulated Motion for Partial Withdrawal (Dkt. 89) is **GRANTED.** Plaintiff's Motion for

**ORDER - 1**

Reconsideration (Dkt. 79) is deemed WITHDRAWN solely insofar as it seeks reconsideration of the dismissal of Plaintiff's claims against the M2 Defendants (Dkt. 78), and remains pending as to Defendants Experian Information Solutions, Inc., Equifax Information Services LLC, and Trans Union LLC.

2. Plaintiff's Motion to Disregard the M2 Defendants' Untimely Opposition (Dkt. 84) is deemed **MOOT**; and

3. As between Plaintiff and the M2 Defendants, each party shall bear its own costs and attorney fees.

DATED: July 13, 2026

B. Lynn Winmill
U.S. District Court Judge

ORDER - 2