Jason Henry Allen

2600 E. Seltice Way #235, Post Falls, Idaho 83854

(323) 377-5620 | Jason.Alistor@gmail.com

Plaintiff, Pro Se

U.S. COURTS
SEP 25 2026
Rcvd. ___ Filed ___ Time 2:27 pm
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| JASON HENRY ALLEN<br>Plaintiff, Pro Se<br>v.<br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>EQUIFAX INFORMATION SERVICES LLC;<br>TRANS UNION LLC;<br>FORD MOTOR CREDIT COMPANY LLC;<br>Defendants.<br><br>FORD MOTOR CREDIT COMPANY LLC,<br>Counterclaimant,<br>v.<br>JASON HENRY ALLEN,<br>Counterdefendant. | Case No.: 2:25-CV-00404-BLW<br><br>**NOTICE OF CORRECTION TO PARAGRAPH 13 OF PLAINTIFF'S RESPONSE [DKT. 75] TO FORD MOTOR CREDIT COMPANY LLC'S STATEMENT OF UNDISPUTED FACTS, AND DECLARATION OF JASON HENRY ALLEN** |

I, Jason Henry Allen, declare as follows:

1. I am the Plaintiff and Counterdefendant in this action. I make this declaration on personal knowledge. I submit it to correct a statement in a paper filed on February 20, 2026.

2. On or about October 2024, I sold the 2020 Ford Explorer that is the subject of Ford Motor Credit Company LLC's counterclaim (the "vehicle") to a motor vehicle dealership located in the Spokane, Washington area, and I delivered the vehicle and the certificate of title to that dealership. At the time of the sale, the certificate of title was in my name and showed no lienholder. I have not possessed or controlled the vehicle since that sale.

3. On February 20, 2026, I filed my Response to Ford's Statement of Undisputed Facts as part of my opposition to Ford's motion for partial summary judgment. Paragraph 13 of that response states: "Admitted that Plaintiff retains possession of the vehicle. Denied that such possession resolves disputed issues concerning credit reporting accuracy or reinvestigation adequacy." Dkt. 75-2 at 2. Ford's corresponding statement, to which I was responding, states: "Allen continues to retain the vehicle securing the loan." Dkt. 74-2 at 4 (citing Dkt. 74-3 ¶ 13).

4. The first sentence of paragraph 13 of my response was incorrect when filed. I had sold the vehicle on or about October 2024. The declaration I filed with that response under 28 U.S.C. § 1746, Dkt. 75-3 at 1–2, did not state that I retained possession of the vehicle.

5. I withdraw the first sentence of paragraph 13 of my February 20, 2026 response and correct it to read: "Denied. Plaintiff sold the vehicle on or about October 2024 and has not possessed or controlled the vehicle since that sale." The second sentence of that paragraph, which denies that possession of the vehicle resolves the disputed credit-reporting issues, is unchanged.

6. I submit this declaration to correct the first sentence of paragraph 13 of my response. By filing this correction, I do not seek reconsideration or modification of any ruling contained in Dkt. 81.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 25 day of September, 2026.

By: ______________________________

Jason Henry Allen, Plaintiff, Pro Se

2600 E. Seltice Way #235, Post Falls, Idaho 83854

(323) 377-5620 | Jason.Alistor@gmail.com

## CERTIFICATE OF SERVICE

I certify that on the 25th day of September , 2026, I filed the foregoing NOTICE OF CORRECTION TO PARAGRAPH 13 OF PLAINTIFF'S RESPONSE [DKT. 75] TO FORD MOTOR CREDIT COMPANY LLC'S STATEMENT OF UNDISPUTED FACTS, AND DECLARATION OF JASON HENRY ALLEN with the Clerk of the Court. The following are counsel of record and registered participants in the Court's CM/ECF system, each of whom receives a Notice of Electronic Filing upon the docketing of this paper:

Jed W. Manwaring / Erica J. White — Elam & Burke, P.A., 251 East Front Street, Suite 300, P.O. Box 1539, Boise, ID 83701-1539 — jwm@elamburke.com; ejw@elamburke.com (Counsel for Ford Motor Credit Company LLC)

Charles Henry Carpenter — Carpenter Law Firm, plc, 210 N. Higgins Ave., Suite 336, Missoula, MT 59802 — carpentc@carpenterlawfirmplc.com

Elizabeth Corey — Elizabeth.corey@troutman.com

Meredith L. Thielbahr — Gordon Rees Scully Mansukhani LLP, 701 Fifth Avenue, Suite 2100, Seattle, WA 98104 — mthielbahr@grsm.com

Brad P. Miller / Jean Schroeder / Jean E. Bokan — Hawley Troxell, 877 W. Main Street, Suite 200, Boise, ID 83702 — bmiller@hawleytroxell.com; jschroeder@hawleytroxell.com; jbokan@hawleytroxell.com

Nermy J. Winner — Quilling, Selander, Lownds, Winslett & Moser, P.C., 10333 North Meridian Street, Suite 200, Indianapolis, IN 46290 — nermy.winner@qslwm.com

Michael John Archibald — M2 Law Group, PO Box 330, Meridian, ID 83680 —

marchibald@m2law.net

/s/ Jason Henry Allen

Jason Henry Allen